JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-02925-MCS<br>USBC Central District of CA San Fernando Valley, 1:21-bk-10079<br>U.S. BAP for the Ninth Circuit, 22-01083 | Date | June 17, 2022 |
|---|---|---|---|
| Title | *In re Ara Eric Hunanyan* | | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DISMISSING BANKRUPTCY APPEAL (JS-6)**

On June 8, 2022, the Court ordered Appellant to show cause why this bankruptcy appeal should not be dismissed for lack of prosecution. The Court required Appellant to respond in writing by June 15, 2022. The Court warned that failure to respond would result in dismissal. (OSC, ECF No. 7.) Appellant failed to timely respond. Accordingly, the Court dismisses the appeal for lack of prosecution and failure to comply with a court order. The Court directs the Clerk to close the case.

**IT IS SO ORDERED.**

**cc: Bankruptcy Court**